UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD C. FOX,                      :    CASE NO. 05-60881-CIV-COHN
                                    :
         Plaintiff,                 :    Magistrate Judge Snow
                                    :
vs.                                 :
                                    :
CLEANNET OF SOUTH FLORIDA,          :
INC.,                               :
                                    :    JOINT STIPULATION OF
         Defendant.                 :    DISMISSAL
_____/

Plaintiff, with Defendant's concurrence and agreement, through counsel, pursuant to Rule 41(a), Fed.R.Civ.P., hereby voluntarily dismisses his claims against Defendant, with prejudice, all parties bearing their own costs and attorneys' fees.

Respectfully submitted,

| LAWRENCE J. McGUINNESS, P.A. | SIMON SIGALOS & SPYREDES, P.A. |
| Counsel for Plaintiff | Counsel for Defendant |
| 5040 N.W. 7th St., PH-1 | 120 E. Palmetto Pk. Rd., Suite 100 |
| Miami, Fl 33126 | Boca Raton, Fl 33432 |
| Tel. No. (305) 441-1399 | Tel. No. (561) 447-0017 |
| Fax No. (305) 441-9350 | Fax No. (561) 447-0018 |

By: _____         By: _____
   LAWRENCE J. McGUINNESS               GEORGE L. SIGALOS
   Fla. Bar No. 814611                  Fla. Bar No. 782432

-1-

NON-COMPLIANCE OF S.D. fla. L.R.