

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD C. FOX, : CASE NO. 05-60881-CIV-COHN

    Plaintiff, : Magistrate Judge Snow

vs. :

CLEANNET OF SOUTH FLORIDA, :
INC., :

    Defendant. :
_____/

FILED by PAR D.C.
NOV 09 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT LAUD

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** come to be heard on the Joint Stipulation of Dismissal of Plaintiff's Claims Against Defendant, and the Court having reviewed the notice, the file, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Stipulation of Dismissal of Plaintiff's Claims Against Defendant is APPROVED. Plaintiff's claims against Defendant are dismissed, with prejudice, all parties bearing their own costs and attorneys' fees. All motions are denied as moot and the Clerk of Court is directed to close this case.

    **DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 8th day of NOVEMBER, 2005.

JAMES I COHN
U.S. DISTRICT COURT JUDGE

Copies furnished to:
Lawrence J. McGuinness, Esq.
Fax (305) 441-9350
George L. Sigalos, Esq.
Fax No. (561) 447-0016